In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00420-CV**
_____


**IN RE PAULA COOK**


**Original Proceeding**
**356th District Court of Hardin County, Texas**
**Trial Cause No. 57,454**


**ORDER**

Paula Cook filed a petition for writ of mandamus. The relator is a plaintiff in Cause No. 57,454, *Paula Cook v. Charles M. Kibler Jr.* Relator seeks a writ compelling the Honorable Steven R. Thomas, Judge of the 356th District Court, to vacate an order expunging a notice of lis pendens. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator alleges that prejudice will result if the trial court's order is filed in the Hardin County real property records before the issues raised in the petition for writ of mandamus can be resolved.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of November 1, 2016, in Cause No. 57,454 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Charles M. Kibler Jr., is due November 17, 2016.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED November 10, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.